### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DWIGHT HARGIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | NO. 06-cv-862-JPG |
| ) | |
| **AMERICAN OPTICAL CORPORATION,** ) | |
| **FLEXO PRODUCTS, INC., MINE** ) | |
| **SAFETY APPLIANCES CO., and** ) | |
| **3M COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice, without costs.

**Dated: August 2, 2007**

**NORBERT JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
**U. S. DISTRICT JUDGE**